TIMOTHY COURCHAINE
United States Attorney
District of Arizona
VANESSA A. KUBOTA
Assistant U.S. Attorney
Arizona State Bar No. 036850
Two Renaissance Square
40 N. Central Ave., Ste. 1800
Phoenix, Arizona 85004
Telephone: 602-514-7500
Email: Vanessa.Kubota@usdoj.gov
Attorneys for Plaintiff

☑ FILED ___ LODGED
___ RECEIVED ___ COPY

MAR 0 4 2025

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

REDACTED FOR
PUBLIC DISCLOSURE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>  Plaintiff,<br><br>vs.<br><br>Luis Donaldo Garcia Lopez,<br><br>  Defendant. | No. CR-25-00339-PHX-JJT (ASB)<br><br>**INDICTMENT**<br><br>VIO: 18 U.S.C. § 922(g)(5) and 924(a)(8)<br>(Alien in Possession of a Firearm)<br>Count 1<br><br>18 U.S.C. §§ 924(d) and 981;<br>21 U.S.C. §§ 853 and 881; and<br>28 U.S.C. § 2461(c)<br>(Forfeiture Allegations) |

**THE GRAND JURY CHARGES:**

## COUNT 1

On or about February 21, 2025, in the District of Arizona, LUIS DONALDO GARCIA LOPEZ, knowing that he was an alien illegally and unlawfully in the United States, knowingly possessed a firearm in and affecting interstate commerce, that is a Glock, Model 43, 9 x 19 mm caliber semi-automatic pistol, serial# BHPW268.

In violation of Title 18, United States Code, Sections 922(g)(5) and 924(a)(8).

**FORFEITURE ALLEGATION**

The Grand Jury realleges and incorporates the allegation of Count 1 of this Indictment, which is incorporated by reference as though fully set forth herein.

Pursuant to 18 U.S.C. §§ 924(d) and 981, 21 U.S.C. §§ 853 and 881, and 28 U.S.C. § 2461(c), and upon conviction of one or more of the offenses alleged in Counts 1 through 2 of this Indictment, the defendant shall forfeit to the United States of America all right, title, and interest in (a) any property constituting, or derived from, any proceeds the persons obtained, directly or indirectly, as the result of the offense, and (b) any of the defendants' property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such offense as to which property the defendants are liable, including, but not limited to, the following property involved and used in the offense:

1. A Glock, Model 43, 9 x 19 mm caliber semi-automatic pistol, serial# BHPW268, and,
2. Five (5) live rounds of live 9 x 19 mm caliber ammunition.

If any of the above-described forfeitable property, as a result of any act or omission of the defendants:

(1) cannot be located upon the exercise of due diligence,

(2) has been transferred or sold to, or deposited with, a third party,

(3) has been placed beyond the jurisdiction of the court,

(4) has been substantially diminished in value, or

(5) has been commingled with other property which cannot be divided without difficulty,

it is the intent of the United States to seek forfeiture of any other property of said defendants up to the value of the above-described forfeitable property, pursuant to 21 U.S.C. § 853(p).

/ / /

/ / /

All in accordance with 18 U.S.C. §§ 924(d) and 981, 21 U.S.C. §§ 853 and 881, 28 U.S.C. § 2461(c), and Rule 32.2, Federal Rules of Criminal Procedure.

A TRUE BILL

/s/
FOREPERSON OF THE GRAND JURY
Date: March 4, 2025

TIMOTHY COURCHAINE
United States Attorney
District of Arizona

/s/
VANESSA KUBOTA
Assistant U.S. Attorney