TIMOTHY COURCHAINE
United States Attorney
District of Arizona
JOSEPH E. KOEHLER
Arizona State Bar No. 013288
VANESSA A KUBOTA
Arizona State Bar No. 036850
Assistant U.S. Attorneys
Two Renaissance Square
40 N. Central Ave., Suite 1200
Phoenix, Arizona 85004
Telephone: 602-514-7500
Email: Joseph.Koehler@usdoj.gov
Email: Vanessa.Kubota@usdoj.gov
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | CR-25-00339-PHX-JJT |
| Plaintiff, | |
| vs. | **JOINT STATUS CONFERENCE MEMORANDUM** |
| Luis Donaldo Garcia Lopez, | |
| Defendant. | |

The United States of America and the defendant, Luis Donaldo Garcia Lopez, hereby jointly submit this memorandum in preparation for the status conference set for Monday, September 22, at 11:30 a.m. The parties have met and conferred and submit the following positions.

1. ***Anticipated length of trial.*** The parties believe trial will take no more than two or three days, including jury selection.

2. ***The setting of a firm trial date.*** According to the docket, a non-firm trial date is presently set for October 7, 2025. (Doc. 26.) Defense counsel Michael Ryan proposes that trial take place on the third week of November (week of the 17th). Defense counsel is concerned that Mr. Garcia has been in custody since February 21, 2025. According to both parties' calculation, if convicted after trial, Mr. Garcia will be at offense level 14 and

criminal history category I under U.S.S.G. § 2K2.1(a)(6), with a sentencing range of 15-21 months absent any downward variances. Mr. Garcia has served six months so far.

The defense is also willing to set the trial during Thanksgiving week (November 24 through 26). The defense requests a November trial date. Undersigned counsel is available at defense's requested dates. However, AUSA Joseph Koehler is scheduled for a firm trial date on another case beginning November 13 that is likely to last approximately one week. Defense counsel is scheduled to start a firm trial on December 9 before Judge Campbell in *United States v. Ortiz*, 25-CR-00153. That trial may last 3 to 5 days. It involves alleged threats to elected officials with a mental health defense. Thus, it is somewhat more delicate than this case. Mr. Ortiz is out of custody.

Defense counsel's position is that this litigation consists of a single *Miranda* suppression motion with simple facts that should not occasion any of the 18 U.S.C. § 3161(h) delay. The government intends to file a few motions in limine besides its response to defense's motion. If the Court is inclined to set this trial after the Ortiz trial, then the defense would request a trial in early January 2026. The government has no objection to that timeline.

**3. *The parties agree to have a jury trial.*** The Court has asked if the parties are amenable to a bench trial. The government has no objection or preference. Defense counsel has advised that Mr. Garcia Lopez would like to exercise his right to a jury trial. Accordingly, the parties are prepared to proceed to a jury trial.

**4. *The setting of reasonable pretrial deadlines.*** The parties have reviewed the Court's standard Order Setting Final Pretrial Conference (Criminal) and believe the deadlines set forth therein are generally appropriate for this matter, assuming a firm trial date and final pretrial conference will be set sometime in the fall and winter. Depending on the firm trial date and Final Pretrial Conference set by the Court, the parties may ask the Court to adjust some of the standard deadlines to better suit this matter.

**5. *Submission of proposed questions for prescreen jury questionnaire*.** The parties intend to file proposed prescreening jury questions and email a copy to chambers as instructed in the Court's Standard Prescreening Jury Questionnaire (Criminal).

The parties look forward to addressing these and other issues with the Court at Monday's status hearing.

Respectfully submitted this 19th day of September, 2025.

| | |
|---|---|
| FEDERAL PUBLIC DEFENDER'S OFFICE | TIMOTHY COURCHAINE<br>United States Attorney<br>District of Arizona |
| /s/Michael Shay Ryan<br>MICHAEL SHAY RYAN | /s/Vanessa A. Kubota<br>JOSEPH E. KOEHLER<br>VANESSA A. KUBOTA<br>Assistant U.S. Attorneys |