1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>Luis Donaldo Garcia Lopez,<br><br>　　　　　Defendant. | No. CR-25-00339-PHX-JJT<br><br>**ORDER SETTING FINAL PRETRIAL CONFERENCE (CRIMINAL)** |

**A Final Pretrial Conference has been set for 12/2/2025 at 1:30 p.m.**

**IT IS FURTHER ORDERED** that the parties shall file with the Clerk of the Court, by no later than 11/25/2025, the following documents:

　　　　(1)　　Joint statement of the case,

　　　　(2)　　Joint witness list,

　　　　(3)　　Joint voir dire questions,

　　　　(4)　　Joint jury instructions

　　　　(5)　　Joint verdict form,

　　　　(6)　　Motions in limine,

　　　　(7)　　Any other pretrial motions.

Responses to motions in limine and other pretrial motions shall be filed with the Clerk of the Court **three (3) business days** before the Final Pretrial Conference. No Replies shall be filed.

**IT IS FURTHER ORDERED** that the attorneys who will be responsible for the

trial, as well as the Defendants, shall attend the Final Pretrial Conference.  Counsel shall be prepared to discuss each of the items set forth above, as well as the following:

(8)     Trial schedule,

(9)     Voir dire procedures,

(10)    Number of witnesses,

(11)    Number of exhibits,

(12)    Marking of exhibits and copies for the court,

(13)    Special equipment needs,

(14)    Need for an interpreter.

**IT IS FURTHER ORDERED** that the parties shall submit their proposed voir dire questions, joint witness list, joint statement of the case, verdict form and jury instructions to the Court in Word format by email to tuchi_chambers@azd.uscourts.gov at the time they are filed.

**IT IS FURTHER ORDERED** that the parties shall promptly notify the Court if settlement is reached.

**IT IS FURTHER ORDERED** that counsel shall review Judge Tuchi's statements of 1) Courtroom Protocol and 2) Trial Conduct and Decorum before the Final Pretrial Conference.  A copy can be found on the Court's website at www.azd.uscourts.gov under Judges' Information and Orders, Forms and Procedures.

Dated this 24th day of September, 2025.

_____
Honorable John J. Tuchi
United States District Judge