TIMOTHY COURCHAINE
United States Attorney
District of Arizona
JOSEPH E. KOEHLER
Arizona State Bar No. 013288
VANESSA A KUBOTA
Arizona State Bar No. 036850
Assistant U.S. Attorneys
Two Renaissance Square
40 N. Central Ave., Suite 1200
Phoenix, Arizona 85004
Telephone: 602-514-7500
Email: Joe.Koehler@usdoj.gov
Email: Vanessa.Kubota@usdoj.gov
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>           Plaintiff,<br><br>    vs.<br><br>Luis Donaldo Garcia Lopez,<br><br>           Defendant. | CR-25-00339-PHX-JJT<br><br>**JOINT TRIAL STIPULATION RE: INTERSTATE NEXUS OF FIREARM AND AMMUNITION** |

For purposes of trial in the above-captioned case, the defendant, Luis Donaldo Garcia Lopez, through his undersigned attorney, and the United States, hereby stipulate and agree the following facts are true:

The item designated as the government's exhibit 1 is a firearm—namely, a weapon that will by design expel a projectile by the action of an explosive.

The firearm designated as the government's exhibit 1, a Glock, Model 43, 9 x 19 mm semi-automatic pistol, serial number BHPW268, was manufactured outside of the state of Arizona, in the country of Austria, and thus necessarily traveled in and/or affected interstate commerce before arriving in Arizona.

The five live rounds of 9 x 19 mm ammunition, designated as the government's exhibit 2, which were recovered from within the firearm, were also manufactured

outside of the state of Arizona and thus necessarily traveled in and/or affected interstate commerce.

Respectfully submitted this 17th day of October, 2025.

| | |
|---|---|
| *s/ Michael Ryan* <br> MICHAEL RYAN <br> Attorney for Defendant | TIMOTHY COURCHAINE <br> United States Attorney <br> District of Arizona <br><br> *s/ Vanessa Kubota* <br> JOSEPH E. KOEHLER <br> VANESSA A. KUBOTA <br> Assistant U.S. Attorneys |

- 2 -