TIMOTHY COURCHAINE
United States Attorney
District of Arizona
JOSEPH E. KOEHLER
Arizona State Bar No. 013288
VANESSA A KUBOTA
Arizona State Bar No. 036850
Assistant U.S. Attorneys
Two Renaissance Square
40 N. Central Ave., Suite 1200
Phoenix, Arizona 85004
Telephone: 602-514-7500
Joe.Koehler@usdoj.gov
Vanessa.Kubota@usdoj.gov
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　Plaintiff,<br><br>v.<br><br>Luis Donaldo Garcia Lopez,<br><br>　　　　Defendant. | No. CR-25-0339-PHX-JJT<br><br>**JOINT STATEMENT OF THE CASE** |

　　　The United States of America and the defendant, Luis Donaldo Garcia Lopez, hereby jointly submit the following stipulated description of the case.

　　　Mr. Garcia Lopez is charged in a one-count Indictment. He is presumed innocent.

　　　The government charges that Luis Donaldo Garcia Lopez, knowing that he was an alien illegally and unlawfully present in the United States, knowingly possessed a firearm and ammunition in and affecting interstate commerce.

　　　Respectfully submitted this 25th day of November, 2025.

| | |
|---|---|
| FEDERAL PUBLIC DEFENDER'S OFFICE | TIMOTHY COURCHAINE<br>United States Attorney<br>District of Arizona |
| /s/Michael Shay Ryan<br>MICHAEL SHAY RYAN<br>LAURALYNN SANDOVAL<br>Assistant Public Defenders | /s/Vanessa A. Kubota<br>JOSEPH E. KOEHLER<br>VANESSA A. KUBOTA<br>Assistant U.S. Attorneys |