UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA
CRIMINAL WITNESS LIST

___ Motion to Suppress    X Jury Trial    ___ Bench Trial

Case Number <u>CR-25-0339-PHX-JJT</u>          Start Date: <u>1/13/2025</u>

<u>USA v. Luis Donaldo Garcia Lopez</u>

| NAME | SWORN | APPEARED |
|---|---|---|
| Jorge E. Chamorro (ICE-ERO) (G) | | |
| Victor B. Ortiz-Maldonado (ICE-ERO) (G) | | |
| Manuel D. Sanchez (ICE-ERO) (G) | | |
| Mike Renolds (State Dept.) (G) | | |
| Christopher M. Quirk (State Dept.) (G) | | |
| Lowell Farley (ATF) (G) | | |
| James C. Townsend (CBP) (G) | | |
| Jose Lopez (civilian witness) (G) | | |
| Miriam Hernandez (civilian witness) (G) | | |

| NAME | SWORN | APPEARED |
|---|---|---|
| Nancy Perez (civilian witness) (G) | | |
| (Mexican Consular Officer) (G) | | |
| Rocio Nevarez (civilian witness) (D) | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |