TIMOTHY COURCHAINE
United States Attorney
District of Arizona
JOSEPH E. KOEHLER
Arizona State Bar No. 013288
VANESSA A KUBOTA
Arizona State Bar No. 036850
Assistant U.S. Attorneys
Two Renaissance Square
40 N. Central Ave., Suite 1200
Phoenix, Arizona 85004
Telephone: 602-514-7500
Joe.Koehler@usdoj.gov
Vanessa.Kubota@usdoj.gov
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States America,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>Luis Donaldo Garcia Lopez,<br><br>　　　　Defendant. | No. CR-25-0339-PHX-JJT<br><br>**JOINT PROPOSED VOIR DIRE QUESTIONS** |

　　　　The United States of America and Defendant, Mr. Luis Donaldo Garcia Lopez, through respective counsel, jointly submit the following Proposed Voir Dire Questions:

1. <u>Statement of the Case</u>

　　a. Have any of you read or heard anything about this case from any source whatsoever?

　　b. Given this brief description of the facts, is there anything about this case that would cause you to believe that you could not consider the evidence fairly and impartially according to the law?

2. <u>Government</u>

　　a. Counsel for the government please stand.

　　b. The United States of America is represented by Joseph E. Koehler and Vanessa A. Kubota, Assistant United States Attorneys.

    c. Do any of you know either counsel, or Timothy Courchaine, the United States Attorney, or any of the employees in the United States Attorney Office on any basis, social, professional or otherwise?

    d. Counsel, please introduce your investigator.

    e. Do any of you know the investigator or any employees of his office on any basis, social, professional or otherwise?

3. <u>Defendant</u>

    a. Defendant and Defendant's Counsel please stand.

    b. The Defendant in this case is Luis Donaldo Garcia Lopez. Mr. Garcia is represented by Michael S. Ryan and Laura Lynn Sandoval of the Federal Public Defender's Office.

    c. Do any of you know these individuals on any basis, social, professional or otherwise?

    d. Do any of you know any of the employees in counsel's office on any basis, social, professional or otherwise?

4. <u>Jurors</u>

    a. Does anyone on this jury panel know each other, or work together or have served on jury panels together before assembling here today?

5. <u>Time Qualify & Hardship</u>

    a. I expect to conduct trial on these dates and times:

    b. Would the length of the trial create an undue hardship for any of you?

    c. Does anyone have any problem with vision, hearing, or anything that would cause you to have difficulty from observing and sitting for long periods of time?

    d. Do any of you have any other physical difficulty, health problems, or home problems that might interfere with your ability to serve as a juror in this case?

6. <u>Witnesses and Third Parties</u>

    a. During the trial of this case, witnesses may be called to testify on behalf of the parties. Do any of you know or have you ever heard of any of these people?

    b. Do any of you know or have you ever heard of any of these people? If yes, would

your knowledge or experience with any of these parties or organizations affect your ability to be fair and impartial in this case?

7. <u>Relevant Past</u>

a. Have you or anyone in your family, or anyone close to you ever been the victims of criminal conduct? If yes, can you please elaborate? What was the incident? What police agency investigated? Did you have to make a statement? Was the responsible party apprehended? Do you think this experience would prevent you from being fair and impartial in this case?

b. Have you or anyone in your family, or anyone close to you ever been arrested or charged with a crime, other than a minor traffic violation? If yes, which person, what is their relation to you, what offense, and what was the disposition?

c. Have you or any members of your family, or anyone close to you ever been convicted of a felony? If yes, which person, what offense, and what was the disposition? Do you think this experience would prevent you from being fair and impartial in this case?

d. Have you or any members of your family, or anyone close to you ever served in the capacity of law enforcement officer? By law enforcement officer, I am including not only police officers, but also employees of other law enforcement agencies, military police, ICE, border patrol, DEA, ATF, etc. If yes, which person, which agency, and in what capacity? Do you think this relationship would prevent you from being fair and impartial in this case?

d. Have any of you or members of your family, or anyone close to you been a party or witness in any litigation, criminal or civil (excluding domestic relations, traffic, or probate)? If yes, which person, what kind of case, and when? Do you think this experience would prevent you from being fair and impartial in this case?

8. <u>Personal Views</u>

a. The law enforcement agencies involved in this case are the Bureau of Alcohol, Firearms and Explosives (ATF), Immigration and Customs Enforcement (ICE), and the Diplomatic Security Service, the investigative arm of the United States

Department of State. Have you had personal experiences with any of these agencies, or do you hold strong opinions about these agencies one way or the other? If yes, please explain.

b. Do any of you feel that the testimony of law enforcement officers should be given greater or lesser weight solely because of their employment or position?

c. Do you, or a family member or anyone close to you belong to or support any organization or group that advocates that a juror can ignore the instructions of law given to the jury by the Court? If yes, please explain.

d. Some of the participants in this trial are ethnic minorities. Some of them, including the defendant, speak Spanish. Has anyone had any contact or experience with ethnic minorities which would make it difficult to render a fair and impartial verdict in this matter?

e. Does anyone here believe the judicial system in general is unfair? If yes, please explain.

f. Do you have any strong feelings or opinions, one way or the other, regarding the immigration laws or policies of the United States that may prevent you from giving either the government or the defendant a fair hearing in this matter? Please explain.

g. Throughout the trial, you will hear the word "alien." Alien is a legal term of art that is used in the Immigration Nationality Act to describe a person who is not a national or citizen of the United States. Is there anything about the use of the word that would prevent you from objectively listening to the evidence? Please explain.

h. Do you have any strong feelings or opinions, one way or the other, regarding the gun laws or policies of the United States that may prevent you from giving either the government or the defendant a fair hearing in this matter? Please explain.

9. Legal Knowledge and Application

a. Do any of you or any of the members of your family, or anyone close to you, have any legal training? Please explain. Do you think this would prevent you from being

- 4 -

fair and impartial in this case?

b. I will instruct you on the law at the conclusion of the case. If selected as a juror, you will take an oath to follow the law. Do any of you think you would have trouble following the law if you disagree with it?

c. If selected as a juror, would any of you have trouble rendering a verdict based solely on the evidence presented during the trial, setting aside any personal beliefs, opinions, or biases you might have?

d. In a civil case the burden of proof is a preponderance of the evidence, which means "more likely than not." This is not a civil case. It is a criminal case in which the government must prove guilt beyond a reasonable doubt. Does anyone have any difficulty in holding the government to its burden?

e. Here are some fundamental principles of law:

- The fact that an indictment has been filed raises no presumption whatsoever of the guilt of the defendant.
- The United States government must satisfy you beyond a reasonable doubt of the guilt of the defendant.
- The defendant does not have to prove anything. The defendant does not have any obligation to testify or produce any evidence, and you may not draw an adverse inference if the defendant chooses not to testify or put on any evidence.
- The defendant is presumed to be innocent until his guilt is established beyond a reasonable doubt.
- You must wait until all of the evidence has been presented before making up your minds as to the innocence or guilt of the defendant.

f. Does anyone believe that they would have any difficulty following these principles of law?

10. <u>Easel Questions</u>

a. Starting with Juror Number One, please stand and answer the questions.

- Juror number

- The general location of your residence
- Length of time at current residence
- Education after high school, if any. State your major
- Marital status
- Number of children. Ages of children if under 18
- Employment, yourself – current job and types of jobs throughout lifetime
  Spouse – current job and types of jobs throughout lifetime
- Prior jury service – civil or criminal

11. <u>Final Questions</u>

a. Does anyone have any other reason whatsoever that they believe will preclude him or her from serving as a fair and impartial juror in this case?

b. Counsel for the government, do you have any further questions at this time?

c. Counsel for the defendant, do you have any further questions at this time?

12. <u>Private Questions</u>

a. If a juror wishes to answer a question privately, the juror will be requested, by number, to remain in the courtroom during recess.

Respectfully submitted this 25th day of November, 2025.

| | |
|---|---|
| FEDERAL PUBLIC DEFENDER'S OFFICE | TIMOTHY COURCHAINE<br>United States Attorney<br>District of Arizona |
| *Michael Ryan*<br>MICHAEL S. RYAN<br>LAURALYNN SANDOVAL<br>Attorneys for Defendant | *Vanessa Kubota*<br>JOSEPH E. KOEHLER<br>VANESSA A. KUBOTA<br>Assistant U.S. Attorneys |