TIMOTHY COURCHAINE
United States Attorney
District of Arizona
JOSEPH E. KOEHLER
Arizona State Bar No. 013288
VANESSA A KUBOTA
Arizona State Bar No. 036850
Assistant U.S. Attorneys
Two Renaissance Square
40 N. Central Ave., Suite 1200
Phoenix, Arizona 85004
Telephone: 602-514-7500
Joe.Koehler@usdoj.gov
Vanessa.Kubota@usdoj.gov
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>          Plaintiff,<br><br>vs.<br><br>Luis Donaldo Garcia Lopez,<br><br>          Defendant. | No. CR-25-00339-PHX-JJT<br><br>**GOVERNMENT'S NOTICE OF NO OPPOSITION TO ITS MOTIONS FOR LEAVE TO FILE RESPONSES TO DEFENDANT'S MOTIONS (DOCS. 40 AND 41)** |

On Friday, November 28, 2025, the United States moved this Court for leave to file its proposed responses to Defendant's Motions to Suppress and Dismiss (Docs. 40 and 41) on Friday, two business days before the parties' Final Pretrial Conference. (Docs. 52, 55.) The government lodged its proposed responses at Docs. 54 and 56. At the time, undersigned counsel was unable to reach defense counsel for his position on this request. As of today, defense counsel Michael Ryan has advised he does not object.

Respectfully submitted this 1st day of December, 2025.

                              TIMOTHY COURCHAINE
                              United States Attorney
                              District of Arizona

                              *Vanessa Kubota*
                              JOSEPH E. KOEHLER
                              VANESSA A. KUBOTA
                              Assistant U.S. Attorney