# CRIMINAL MINUTES
## IN THE UNITED STATES DISTRICT COURT
### DISTRICT OF ARIZONA – PHOENIX

| | |
|---|---|
| **U.S. District Judge:** John J. Tuchi | **Date:** December 2, 2025 |
| **USA v. Luis Donaldo Garcia Lopez** | **Case Number:** CR-25-00339-01-PHX-JJT |

**Assistant U.S. Attorney:** Joseph Koehler and Vanessa Kubota
**Attorney for Defendant:** Michael Ryan and Laura Sandoval-Green, AFPD
**Interpreter:** Beatriz Bogard and Isabel Fierros
**Defendant:**  ☒ Present   ☐ Not Present   ☐ Released   ☒ Custody

## FINAL PRETRIAL CONFERENCE:

This is the time set for Final Pretrial Conference. Trial schedule, trial documents, pending stipulations and motions, trial witnesses, trial conduct, trial procedures, defendant attire, peremptory strikes, voir dire procedures, automated presentations/transcripts, trial exhibits and jury instructions are discussed. The parties invoke the rule for exclusion of witnesses.

**IT IS ORDERED** affirming the trial date for Tuesday, 1/13/2026 at 9:00 a.m. Counsel to appear by 8:30 a.m. Estimated length of trial: 4 days. The days for trial will be for Tuesday, 1/13/2026 through Friday, 1/16/2026. The jury will consist of 14. Regarding peremptory strikes, simultaneous strikes will be conducted. Jurors will be allowed to ask questions during trial.

Counsel shall submit their final Exhibit and Witness Lists to the Courtroom Deputy, by email, in Word format by 12:00 pm on Monday, 1/12/2026. Counsel shall also submit their original court exhibits, Judge's binder of exhibits and (3) hard copies of their Exhibit and Witness Lists to the Courtroom Deputy at 12:00 pm on Monday, 1/12/2026. Counsel shall refer to the Court's website at: www.azd.uscourts.gov for Judge Tuchi's Exhibit Marking Instructions and/or the email sent to counsel on 10/28/2025.

Pending Motions are discussed. For reasons as stated on the record, the Court rules as follows:

**IT IS ORDERED** setting an Evidentiary Hearing for Tuesday, 12/9/2025 at 2:30pm re: Defendant's Motion to Suppress Statements Obtained in Violation of Miranda and to Suppress the Firearm Obtained During a Warrantless Search (Doc. [40]). Defendant's Reply is due by no later than noon on 12/8/2025.

**IT IS FURTHER ORDERED** taking under advisement Defendant's Motion to Dismiss Indictment on Second Amendment Grounds (Doc. [41]).

**IT IS FURTHER ORDERED** granting the United States' Motion in Limine to Preclude Defense From Misstating the Government's Burden of Proof (Doc. [48]).

| | |
|---|---|
| **USA v.** Luis Donaldo Garcia Lopez | **Date:** December 2, 2025 |
| **Case Number:** CR-25-00339-PHX-JJT | Page 2 of 2 |

  **IT IS FURTHER ORDERED** granting the Government's Motion for One-Day Extension of Time to Respond to Defendant's Motion to Suppress (Doc. 40) and Motion to Dismiss (Doc. 41) (Doc. [51]).

  **IT IS FURTHER ORDERED** granting the Government's Motion for Leave to File Its Response to Defendant's Motion to Suppress Two Business Days Before the Parties' Final Pretrial Conference (Doc. [52]).

  **IT IS FURTHER ORDERED** granting the Government's Motion for Leave to File Its Response to Defendant's Motion to Dismiss Two Business Days Before the Parties' Final Pretrial Confernce (Doc. [55]).


**Court Reporter** Scott Coniam      **Start:** 1:57 PM
**Deputy Clerk** Julie Martinez      **Stop:** 3:20 PM

                    **TOTAL: 1 hrs 23 mins.**