# CRIMINAL MINUTES
## IN THE UNITED STATES DISTRICT COURT
### DISTRICT OF ARIZONA – PHOENIX

| | |
|---|---|
| **U.S. District Judge:** John J. Tuchi | **Date:** December 9, 2025 |
| **USA v. Luis Donaldo Garcia Lopez** | **Case Number:** CR-25-00339-PHX-JJT |

**Assistant U.S. Attorney:** Vanessa Kubota and Joseph Koehler
**Attorney for Defendant:** Michael Ryan and Laura Sandoval-Green, AFPD
**Interpreters:** Isabelle Fierros and Matt Ren
**Defendant:**  ☒ Present   ☐ Not Present   ☐ Released   ☒ Custody

**EVIDENTIARY HEARING:**

2:35 p.m. Court convenes. This is the time set for Evidentiary Hearing re: Defendant's Motion to Suppress Statements Obtained in Violation of Miranda and to Suppress the Firearm Obtained During a Warrantless Search (Doc. [40]). Victor Ortiz-Maldonado is sworn and examined. Witness is excused. Argument held. For reasons as stated on the record, **IT IS ORDERED** denying Defendant's Motion to Suppress Statements Obtained in Violation of Miranda and to Suppress the Firearm Obtained During a Warrantless Search (Doc. [40]).

Court is adjourned.

**Court Reporter** Scott Coniam  **Start:** 2:35 PM
**Deputy Clerk** Julie Martinez  **Stop:** 3:40 PM
**TOTAL:**
**1 hr. 5 mins.**