**UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**
**CRIMINAL WITNESS LIST**

```
┌─────────────────────────────────┐
│ ✓ FILED          ___ LODGED      │
│ ___ RECEIVED     ___ COPY        │
│        DEC 0 9 2025              │
│   CLERK U S DISTRICT COURT       │
│     DISTRICT OF ARIZONA          │
│ BY_____ DEPUTY     │
└─────────────────────────────────┘
```

X Evidentiary Hearing        ___ Jury Trial    ___ Bench Trial

Case Number CR-25-0339-PHX-JJT                    Start Date: 1/13/2025

USA v. Luis Donaldo Garcia Lopez

| NAME | SWORN | APPEARED |
|------|-------|----------|
| Victor B. Ortiz-Maldonado (ICE-ERO) (G) | 12/9/25 | 12/9/25 |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |