JON M. SANDS
Federal Public Defender
District of Arizona
250 N. 7th Avenue, Suite 600
Phoenix, Arizona 85007
Telephone: 602-382-2700
LAURA LYNN SANDOVAL-GREEN
CA Bar No. 337692
Assistant Federal Public Defender
LauraLynn_Sandoval@fd.org
MICHAEL S. RYAN #018139
Assistant Federal Public Defender
michael_ryan@fd.org
Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

| United States of America, | CR-25-00339-PHX-JJT |
|---|---|
| Plaintiff, | **NOTICE: Withdrawal of Stipulation to the Admission of Government's Exhibits 11 and 12** |
| vs. | |
| Luis Donaldo Garcia Lopez, | |
| Defendant. | |

The defense withdraws its stipulation to the admission of government's Exhibits 11 and 12.

Respectfully submitted: December 23, 2025.

JON M. SANDS
Federal Public Defender

*s/Michael S. Ryan*
Michael S. Ryan
Laura Lynn Sandoval-Green

Assistant Federal Public Defenders

1