# CRIMINAL MINUTES
## IN THE UNITED STATES DISTRICT COURT
### DISTRICT OF ARIZONA – PHOENIX

| | |
|---|---|
| **U.S. District Judge: John J. Tuchi** | **Date: January 15, 2026** |
| **USA v. Luis Donaldo Garcia Lopez** | **Case Number: CR-25-00339-001-PHX-JJT** |

**Assistant U.S. Attorney:** Vanessa Kubota and Joseph Koehler with Special Agent Lowell Farley
**Attorney for Defendant:** Michael Ryan and Laura Sandoval-Green, AFPD
**Interpreter:** Beatriz Bogard and Isabel Fierros
**Defendant:** ☒ Present  ☐ Not Present  ☐ Released  ☒ Custody

## JURY TRIAL (DAY 3):

9:01 a.m. Court reconvenes. Jury is not present. Discussion held re: final jury instructions. 9:02 a.m. Court is in recess.

9:36 a.m. Court reconvenes. Jury is not present. Discussion held re: schedule. 9:37 a.m. **Government's case continues:** Jury is present. Examination of Sonia Martinez continues. Juror questions are addressed. Witness is excused. Government rests. **Defendant's case**: Michael Reynolds recalled and examined. Exhibit 34 is admitted. Witness is excused. Lowell Farley is recalled and examined. Witness is excused. Defense rests. 10:31 a.m. Jury exits the courtroom. Discussion held re: final jury instructions and schedule. Defendant's Rule 29 oral motion for directed verdict is argued to the Court. For reasons as stated on the record, **IT IS ORDERED** denying Defendant's Rule 29 motion for directed verdict. 10:38 a.m. Court is in recess.

11:39 a.m. Court reconvenes. Jury is not present. 11:41 a.m. Jury is present. 11:42 a.m. Jury exits the courtroom. Discussion held. 11:44 a.m. Jury re-enters the courtroom. Final jury instructions read. Closing arguments. Bailiff is sworn to take charge of the jury. Jurors 1 and 11 are selected as the alternates. 12:49 p.m. Jury exits the courtroom to begin deliberations. Discussion held re: attorney contact information and schedule. 1:01 p.m. Court is in recess.

1:03 p.m. Court reconvenes. Jury is not present. Discussion held re: alternate jurors. 1:06 p.m. Jury is present. 1:07 p.m. Discussion held and alternates are confirmed and excused from deliberations. 1:08 p.m. Jury exits the courtroom to begin deliberations and Court is in recess.

2:39 p.m. The Court has been notified that the jury has a question. Counsel is notified. 2:40 p.m. The jury has been excused for a break and will return at approximately 3:00 p.m. to resume deliberations.

3:00 p.m. The jury has returned from the lunch break and resumes deliberations.

3:01 p.m. Court reconvenes. Jury is not present. Juror questions are addressed. 3:16 p.m. Jury is present. Jury questions are addressed. 3:18 p.m. Jury exits the courtroom to resume deliberations. New juror questions is addressed. 3:20 p.m. Court is in recess.

| | |
|---|---|
| **USA v.** Luis Donaldo Garcia Lopez | **Date:** January 15, 2026 |
| **Case Number:** CR-25-00339-001-PHX-JJT | Page 2 of 2 |

3:59 p.m. The Court has been notified that the jury has a question. Counsel is notified.

4:24 p.m. Court reconvenes. Jury is not present. Juror question is addressed. 4:34 p.m. Jury is present. Jury question is addressed. Jury instructed. 4:38 p.m. Jury exits the courtroom to resume deliberations.

4:38 p.m.  Court stands at recess until 9:00 a.m., 1/16/2026.

**Court Reporter** Scott Coniam  
**Deputy Clerk** Julie Martinez

**Start:** 9:01 AM  
**Stop:**  4:38 PM  
**TOTAL:**  
**3 hrs 3 mins**