# CRIMINAL MINUTES
## IN THE UNITED STATES DISTRICT COURT
### DISTRICT OF ARIZONA – PHOENIX

| | |
|---|---|
| **U.S. District Judge:** John J. Tuchi | **Date:** January 16, 2026 |
| **USA v. Luis Donaldo Garcia Lopez** | **Case Number:** CR-25-00339-001-PHX-JJT |

**Assistant U.S. Attorney:** Vanessa Kubota and Joseph Koehler with Special Agent Lowell Farley
**Attorney for Defendant:** Michael Ryan and Laura Sandoval-Green, AFPD
**Interpreter:** Beatriz Bogard
**Defendant:** ☒ Present   ☐ Not Present   ☐ Released   ☒ Custody

## JURY TRIAL (DAY 4):

9:12 a.m. The Court is advised the jury has returned for the day and resumes deliberations.

10:29 a.m. The Court has been advised, via written question, that the jury cannot reach a verdict. Counsel is notified.

10:42 a.m. Court reconvenes. Jury is not present. Juror question is addressed. 10:48 a.m. Jury is present. The Court inquires with the jurors and confirms they have not been able to reach a unanimous verdict. Mistrial is declared. The Court advises the Jury the admonition has been lifted and that they are excused from their jury service. 10:53 a.m. Jury exits the courtroom.

10:55 a.m. Court is adjourned.

**LATER: IT IS ORDERED** defendant remain detained pending further proceedings. **IT IS FURTHER ORDERED** that the Government shall file, by no later than the close of business on 1/23/2026, a notice re: their intent to seek a retrial.

**Court Reporter** Scott Coniam   **Start:** 9:12 AM
**Deputy Clerk** Julie Martinez   **Stop:** 10:55 AM
**TOTAL:** 13 mins