UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA
CRIMINAL WITNESS LIST

```
         FILED         LODGED
         RECEIVED      COPY

         JAN 1 6 2026

    CLERK U S DISTRICT COURT
        DISTRICT OF ARIZONA
    BY_____DEPUTY
```

___Motion to Suppress    X Jury Trial    ___ Bench Trial

Case Number CR-25-0339-PHX-JJT                    Start Date: 1/13/2025

USA v. Luis Donaldo Garcia Lopez        (Government's Witness List)

| NAME | SWORN | APPEARED |
|---|---|---|
| Manuel D. Sanchez (ICE-ERO) | 1/13/26 | 1/13/26 |
| Victor B. Ortiz-Maldonado (ICE-ERO) | 1/13/26 | 1/13/26 |
| Lowell Farley (ATF) (G) | 1/13/26 | 1/13/26, 1/14/26 |
| Jorge E. Chamorro (ICE-ERO) | 1/14/26 | 1/14/26 |
| Miriam Hernandez (civilian witness) | | |
| Michael Reynolds (State Dept.) | 1/14/26 | 1/14/26, 1/15/26 |
| James C. Townsend (CBP) | 1/14/26 | 1/14/26 |
| Maria Rocio Nevarez (civilian witness) | 1/14/26 | 1/14/26 |
| Sonia Martinez (civilian witness) | 1/14/26 | 1/14/26, 1/15/26 |

| NAME | SWORN | APPEARED |
|---|---|---|
| Jose Lopez (civilian witness) | | |
| Christopher M. Quirk (State Dept.) | | |
| Earl Fisher (ADOT/MVD) | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |