FILED ___ LODGED
RECEIVED ___ COPY

JAN 16 2026

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　Plaintiff(s),<br><br>v.<br><br>Luis Donaldo Garcia Lopez,<br><br>　　　　Defendant(s). | No. CV-25-00339-PHX-JJT<br><br>**JUROR QUESTIONS<br>DURING TRIAL** |

Question for Judge Tucchi:

What were the 4 items the prosecutors need to prove?

ADDRESSED  1/14/26 @ 9:08 am

# JURY QUESTION

Date: 1/14/24

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

QUESTION:

Was Rocio asked if she herself was documented or undocumented?

Did Rocio seem intimidated on Dec 2. at trial prep when being interviewed again?

JUROR NUMBER: 3

RESPONSE:

Asked as Drafted

Judge's Signature/Date: 1/14/26

## JURY QUESTION

Date: 01/14/26

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

QUESTION: Do ICE agents wear gloves when conducting these raids? Could this be the reason why their fingerprints were not found on the firearm?

JUROR NUMBER: 11

RESPONSE:

NOT ASKED

_Judge's Signature_ 1/14/26
JUDGE'S SIGNATURE/DATE

# JURY QUESTION

Date: 1/14/26

*****************************

QUESTION: When the firearm was handled by Ice agents, ~~how~~ was it handled? With Gloves?

3
JUROR NUMBER

RESPONSE:

Asked As modified

_____ 1/14/26
JUDGE'S SIGNATURE/DATE

# JURY QUESTION

Date: 1/15/26

*****************************

QUESTION: What has been the change in percentage occuppany for the apartment complex from Jan 2025 - Dec 2025?

2
JUROR NUMBER

RESPONSE:

ASKED AS DRAFTED

1/15/26
JUDGE'S SIGNATURE/DATE