TIMOTHY COURCHAINE
United States Attorney
District of Arizona
JOSEPH E. KOEHLER
Arizona State Bar No. 013288
VANESSA A KUBOTA
Arizona State Bar No. 036850
Assistant U.S. Attorneys
Two Renaissance Square
40 N. Central Ave., Suite 1200
Phoenix, Arizona 85004
Telephone: 602-514-7500
Joseph.Koehler@usdoj.gov
Vanessa.Kubota@usdoj.gov
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No. CR-25-0339-PHX-JJT |
| Plaintiff, | |
| v. | **UNITED STATES' NOTICE OF INTENT TO RETRY CASE AND MOTION FOR STATUS CONFERENCE TO SET FIRM TRIAL DATE** |
| Luis Donaldo Garcia Lopez, | |
| Defendant. | |

The United States respectfully informs the Court of its intent to retry this case and requests a status conference to set a firm trial date. (*See* Doc. 83.)

Respectfully submitted this 21st day of January, 2026.

TIMOTHY COURCHAINE
United States Attorney
District of Arizona

 *s/ Vanessa Kubota*
JOSEPH E. KOEHLER
VANESSA A. KUBOTA
Assistant U.S. Attorneys