TIMOTHY COURCHAINE
United States Attorney
District of Arizona
JOSEPH E. KOEHLER
Arizona State Bar No. 013288
VANESSA A KUBOTA
Arizona State Bar No. 036850
Assistant U.S. Attorneys
Two Renaissance Square
40 N. Central Ave., Suite 1200
Phoenix, Arizona 85004
Telephone: 602-514-7500
Joe.Koehler@usdoj.gov
Vanessa.Kubota@usdoj.gov
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States America,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>Luis Donaldo Garcia Lopez,<br><br>　　　　Defendant. | No. CR-25-0339-PHX-JJT<br><br>**NOTICE OF JOINT PROPOSED JURY QUESTIONNAIRE** |

　　　　The United States of America and Defendant, Mr. Luis Donaldo Garcia Lopez, jointly request that, for purposes of prescreening potential jurors, the Court use the questions set forth in its "Standard Prescreen Jury Questionnaire," with the following modifications and additions:

Question 21.

　　　　*For the government:* Assistant United States Attorneys Joseph Koehler and Vanessa Kubota.

　　　　*For the defense:* Assistant Federal Public Defenders Michael Ryan and Laura Lynn Sandoval.

Question 23.

　　　　Defendant: Luis Donaldo Garcia Lopez

Question 40.

    Alien in Possession of a Firearm.

Question 41.

    Change "violent crime" to "gun-related crime."

Question 46.

    Change "Native American" to "Mexican immigrants."

Question 47.

    Change "members of the Navajo Nation, or any Indian tribe," to "Mexican immigrants or anyone of Mexican descent."

Question 49.

    Delete.

Question 50.

    Change to: "Some of the witnesses in this case will be federal law enforcement officers from the Bureau of Alcohol, Firearms and Explosives (ATF), Immigration and Customs Enforcement (ICE), Customs and Border Protections (CBP), and the Diplomatic Security Service, the investigative arm of the United States Department of State. Do you have opinions (positive or negative) of federal law enforcement, or any of the above agencies in particular, that would make it difficult for you to be a fair and impartial juror in this case? If yes, please explain."

Question 52.

    Change to: "In the past few years, there has been a lot of public interest in the criminal justice system and the immigration laws of this country. Have you watched or listened to any videos, news, podcasts, or other media about immigration or the criminal justice system that have affected your views of the criminal justice system? If yes, please describe how your views have been affected and whether those views would make it difficult for you to be a fair and impartial juror in this case.

Question 60.

    Change to: "Do you have any feelings regarding the courts or criminal justice

system in this country, including, but not limited to, your feelings about judges, lawyers, ICE agents, police officers, or other law enforcement agents, that would prevent you from sitting as a fair and impartial juror in this case?"

**Jointly Proposed Additional Questions**

1. Have you seen any videos, or heard any reporting, about social movements and protests in this country related to policing, such as ICE Out, Black Lives Matter, Blue Lives Matter, or All Lives Matter? If yes, has that affected your view of our criminal justice system? Please explain if and how your views have been affected and whether those views would make it difficult for you to be a fair and impartial juror in this case.

2. Have you attended any protests or rallies in the last five years? If so, what were they? Were you a spectator or an organizer?

3. Do you have any strong feelings relating to the United States' immigration policies? If yes, please explain.

4. Have you or any of your family members or friends been harmed or negatively impacted by illegal immigration? If yes, please explain.

5. Have you or any of your family members or friends been harmed or negatively impacted by ICE or federal agents? If yes, explain.

6. Do you have any strong feelings about non-citizens receiving constitutional rights and due process protections like citizens? If yes, please explain.

Respectfully submitted this 29th day of January, 2026.

| FEDERAL PUBLIC DEFENDER'S OFFICE | TIMOTHY COURCHAINE<br>United States Attorney<br>District of Arizona |
|---|---|
| *LauraLynn Sandoval*<br>MICHAEL S. RYAN<br>LAURALYNN SANDOVAL<br>Attorneys for Defendant | *Vanessa Kubota*<br>JOSEPH E. KOEHLER<br>VANESSA A. KUBOTA<br>Assistant U.S. Attorneys |