1  TIMOTHY COURCHAINE
   United States Attorney
2  District of Arizona
   JOSEPH E. KOEHLER
3  Arizona State Bar No. 013288
   VANESSA A KUBOTA
4  Arizona State Bar No. 036850
   Assistant U.S. Attorneys
5  Two Renaissance Square
   40 N. Central Ave., Suite 1200
6  Phoenix, Arizona 85004
   Telephone: 602-514-7500
7  Joe.Koehler@usdoj.gov
   Vanessa.Kubota@usdoj.gov
8  Attorneys for Plaintiff

9              IN THE UNITED STATES DISTRICT COURT

10                 FOR THE DISTRICT OF ARIZONA

11
   United States of America,
12                                    No. CR-25-0339-PHX-JJT
                  Plaintiff,
13                                    **JOINT NOTICE OF INTENT TO USE**
   v.                                 **PREVIOUSLY FILED JOINT FILINGS**
14                                    **IN RETRIAL**
15  Luis Donaldo Garcia Lopez,
16                Defendant.

17
         Pursuant to this Court's Order Setting Final Pretrial Conference (Doc. 99), the
18
   United States of America and the defendant, Luis Donaldo Garcia Lopez, hereby jointly
19
   notify the Court of the parties' intent to use the following previously filed joint filings in
20
   the retrial set for February 24, 2026:
21
22       (1) Joint statement of the case (Doc. 42);

23       (2) Joint voir dire questions—the parties' juror questionnaire (Doc. 100);

24       (3) Joint jury instructions (Docs. 45 and 90, as relevant); and

25       (4) Joint verdict form (Doc. 46).

26       Defendant renews all previously lodged objections, including any objections that

27  the Court overruled in docket entry # 90 (final jury instructions).

28       This notice will be followed by an email to the Court with the joint proposed filings

resubmitted in Word format (excluding docket entry # 90). A joint witness list will also follow.

Respectfully submitted this 10th day of February, 2026.

FEDERAL PUBLIC DEFENDER'S OFFICE

TIMOTHY COURCHAINE
United States Attorney
District of Arizona

/s/Michael Shay Ryan
MICHAEL SHAY RYAN
LAURALYNN SANDOVAL
Assistant Public Defenders

/s/Vanessa A. Kubota
JOSEPH E. KOEHLER
VANESSA A. KUBOTA
Assistant U.S. Attorneys

- 2 -