UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA
CRIMINAL WITNESS LIST


___ Motion to Suppress    X Jury Trial    ___ Bench Trial

Case Number <u>CR-25-0339-PHX-JJT</u>        Start Date: <u>2/24/2026</u>

<u>USA v. Luis Donaldo Garcia Lopez</u>        (Joint Witness List)

| NAME | SWORN | APPEARED |
|---|---|---|
| Manuel D. Sanchez (ICE-ERO) | | |
| Victor B. Ortiz-Maldonado (ICE-ERO) | | |
| Lowell Farley (ATF) | | |
| Jorge E. Chamorro (ICE-ERO) | | |
| Christopher M. Quirk (State Dept.) | | |
| James C. Townsend (CBP) | | |
| Luke Thompson (AZ Game and Fish Dept.) | | |
| Representative (AZ Motor Vehicle Dept.) TBD | | |
| | | |