JON M. SANDS
Federal Public Defender
District of Arizona
250 N. 7th Avenue, Suite 600
Phoenix, Arizona 85007
Telephone: 602-382-2700
LAURA LYNN SANDOVAL-GREEN
CA Bar No. 337692
Assistant Federal Public Defender
LauraLynn_Sandoval@fd.org
MICHAEL S. RYAN #018139
Assistant Federal Public Defender
michael_ryan@fd.org
Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | CR-25-00339-PHX-JJT |
| Plaintiff, | **NOTICE: Add Rocio Nevarez and Sonia Martinez to Mr. Garcia's witness list** |
| vs. | |
| Luis Donaldo Garcia Lopez, | |
| Defendant. | |

After consideration of the government's motion *in limine* to preclude defense from referencing "ICE raids," (Dkt. No. 109) Mr. Garcia adds Rocio Nevarez and Sonia Martinez to his witness list.

Respectfully submitted: February 12, 2026.

JON M. SANDS
Federal Public Defender

*s/Laura Lynn Sandoval-Green*
Laura Lynn Sandoval-Green
Michael S. Ryan
Assistant Federal Public Defenders

1