# CRIMINAL MINUTES
## IN THE UNITED STATES DISTRICT COURT
### DISTRICT OF ARIZONA – PHOENIX

| | |
|---|---|
| **U.S. District Judge:** John J. Tuchi | **Date:** February 17, 2026 |
| **USA v. Luis Donaldo Garcia Lopez** | **Case Number:** CR-25-00339-01-PHX-JJT |

**Assistant U.S. Attorney:** Joseph Koehler and Vanessa Kubota
**Attorney for Defendant:** Michael Ryan and Laura Sandoval-Green, AFPD
**Interpreter:** Beatriz Bogard and Isabel Fierros
**Defendant:** ☒ Present   ☐ Not Present   ☐ Released   ☒ Custody

## FINAL PRETRIAL CONFERENCE:

This is the time set for Final Pretrial Conference. Juror questionnaires reviewed and discussed. Trial schedule, trial witnesses, trial procedures, defendant attire and peremptory strikes are discussed. The parties invoke the rule for exclusion of witnesses.

**IT IS ORDERED** affirming the trial date for Tuesday, 2/24/2026 at 9:00 a.m. Counsel to appear by 8:30 a.m. Estimated length of trial: 4 days. The days for trial will be for Tuesday, 2/24/2026 through Friday, 2/27/2026. The jury will consist of 14. Regarding peremptory strikes, simultaneous strikes will be conducted. Jurors will be allowed to ask questions during trial.

Counsel shall submit their final Exhibit and Witness Lists to the Courtroom Deputy, by email, in Word format by 12:00 pm on Monday, 2/23/2026. Counsel shall also submit their original court exhibits, Judge's binder of exhibits and (3) hard copies of their Exhibit and Witness Lists to the Courtroom Deputy at 12:00 pm on Monday, 2/23/2026. Counsel shall refer to the Court's website at: www.azd.uscourts.gov for Judge Tuchi's Exhibit Marking Instructions previously sent to counsel.

Pending Motions are discussed. For reasons as stated on the record, the Court rules as follows:

**IT IS FURTHER ORDERED** denying the United States' Motion in Limine to Preclude Defense from Referencing "Ice Raids" or Ice-Related Shootings [109]).

**IT IS FURTHER ORDERED** granting in part the United States' Motion in Limine to Preclude Disguised Ignorance-of-the-Law Arguments (Doc. [110]).

**Court Reporter** Scott Coniam
**Deputy Clerk** Julie Martinez

Start: 2:31 PM
Stop: 3:51 PM
TOTAL: 1 hr 20 mins.