**Julie Martinez**

| | |
|---|---|
| **From:** | Michael Ryan <Michael_Ryan@fd.org> |
| **Sent:** | Monday, February 23, 2026 2:26 PM |
| **To:** | AZDdb_Tuchi Chambers; Julie Martinez |
| **Cc:** | Kubota, Vanessa (USAAZ); Koehler, Joe (USAAZ); Laura Lynn Sandoval - FDO |
| **Subject:** | Garcia-Lopez 25-cr-00339, Jury Questionaire Issue |

Judge Tuchi and Counsel,

In reviewing the questionnaire over the weekend, we noticed that the case description misstates the charge, stating that he was charged with "being an alien in possession of a firearm and ammunition . . ." He is charged rather with "knowing he was an alien illegally and unlawfully in the United States, knowingly possessed a firearm and ammunition . . ." This error is repeated at Question 40, restating that the case involves an "alien in possession of a firearm and ammunition . . ."

We view this as a serious issue because now the venire's first impression of the case is that to be convicted all the government need show is that Mr. Garcia was an alien in possession of a firearm regardless of his knowledge and regardless of whether or not he was here illegally and unlawfully and without regard to whether he knew that.

We believe the venire should be struck.

Michael S. Ryan
Assistant Federal Public Defender | District of Arizona
250 N. 7th Avenue, Ste 600| Phoenix, AZ 85007
(602) 382-2700

*This e-mail contains PRIVILEGED and CONFIDENTIAL information intended only for the use of the addressee(s) named above.  If you are not the intended recipient of this e-mail, or an authorized employee or agent responsible for delivering it to the intended recipient, you are hereby notified that any dissemination or copying of this e-mail is strictly prohibited.  If you have received this e-mail in error, please notify us by reply e-mail.  Thank you for your cooperation.