# CRIMINAL MINUTES
## IN THE UNITED STATES DISTRICT COURT
### DISTRICT OF ARIZONA – PHOENIX

| | |
|---|---|
| **U.S. District Judge: John J. Tuchi** | **Date: February 24, 2026** |
| **USA v. Luis Donaldo Garcia Lopez** | **Case Number: CR-25-00339-001-PHX-JJT** |

**Assistant U.S. Attorney:** Vanessa Kubota and Joseph Koehler with Special Agent Lowell Farley
**Attorney for Defendant:** Michael Ryan and Laura Sandoval-Green, AFPD
**Interpreter:** Matt Ren and Beatriz Bogard
**Defendant:**   ☒ Present   ☐ Not Present   ☐ Released   ☒ Custody

## JURY TRIAL (DAY 1):

8:45 a.m. Court convenes. Jury panel is not present. Discussion held re: Notice (email) filed in at Doc. 127 submitted by defense counsel on 2/23/2026. For reasons as stated on the record, **IT IS ORDERED** denying defense counsel's request to strike the venire. Discussion held re: witnesses and jurors. 9:03 a.m. Court is in recess.

9:16 a.m. Court reconvenes. Jury panel is seated and administered the oath. Voir dire commences. 10:32 a.m. Jury panel exits the courtroom. Jurors #2, #16, #20 and #25 are questioned outside the presence of the jury panel. 10:48 a.m. Court is in recess.

10:56 a.m. Court reconvenes. Jury panel is not present. Discussion held re: voir dire, jurors and schedule. 11:04 a.m. Jury panel is present. Voir dire continues. 11:43 a.m. Jury panel exits the courtroom. The Court inquires if counsel have challenges for cause. Discussion held. 12:39 p.m. Court is in recess, while counsel make their peremptory strikes.

12:57 p.m. Court reconvenes. Jury panel is not present. Discussion held re: strikes. 1:07 p.m. Jury panel is present. A jury of 14 are seated and administered the oath. Jurors selected are 6, 19, 22, 29, 30, 32, 34, 37, 38, 43, 44, 46, 51 and 52 (now referred to as jurors 1 through 14 for purposes of trial). Discussion held. 1:20 p.m. Jury exits the courtroom. Discussion held re: jurors. 1:22 p.m. Court is in recess.

2:40 p.m. Court reconvenes. Jury is not present. Discussion held re: Jurors. Juror #1 is questioned outside the presence of the jury. 2:46 p.m. Jury is present. The Court reads the preliminary jury instructions. Opening Statements. **Government's case:** Manuel Sanchez is sworn and examined. **IT IS ORDERED** granting the parties' joint stipulation to admit exhibits. Exhibits 1 through 7 are admitted by stipulation. Stipulation of facts re: exhibits 1 and 2 read to the jury. **IT IS FURTHER ORDERED** granting the parties' joint trial stipulation re: interstate nexus of firearm and ammunition. Witness is excused. Victor Ortiz-Maldonado is sworn and examined. Witness is excused. Lowell Farley is sworn and examined. 4:38 p.m. Jury exits the courtroom. Discussion held re: exhibit 18.

4:42 p.m.  Court stands at recess until 8:30 a.m., 2/25/2026.

| | |
|---|---|
| **USA v.** Luis Donaldo Garcia Lopez | **Date:** February 24, 2026 |
| **Case Number:** CR-25-00339-001-PHX-JJT | Page 2 of 2 |

**Court Reporter** Scott Coniam  
**Deputy Clerk** Julie Martinez

Start: 8:45 AM  
Stop: 4:42 PM  
**TOTAL:**  
**6 HOURS**