# CRIMINAL MINUTES
## IN THE UNITED STATES DISTRICT COURT
### DISTRICT OF ARIZONA – PHOENIX

| | |
|---|---|
| **U.S. District Judge: John J. Tuchi** | **Date: February 25, 2026** |
| **USA v. Luis Donaldo Garcia Lopez** | **Case Number: CR-25-00339-001-PHX-JJT** |

**Assistant U.S. Attorney:** Vanessa Kubota and Joseph Koehler with Special Agent Lowell Farley
**Attorney for Defendant:** Michael Ryan and Laura Sandoval-Green, AFPD
**Interpreter:** Beatriz Bogard and Isabel Fierros
**Defendant:** ☒ Present ☐ Not Present ☐ Released ☒ Custody

## JURY TRIAL (DAY 2):

8:45 a.m. Court reconvenes. Jury is not present. Discussion held re: exhibits and schedule. 8:49 a.m. Court is in recess.

9:22 a.m. Jury is present. **Government's case continues:** Examination of Lowell Farley continues. Exhibits 123 is admitted. Juror question is addressed. Witness is excused, subject to recall. Jorge Chamorro is sworn and examined. Exhibits 20 and 25 are sworn and examined. 10:37 a.m. Jury exits the courtroom. 10:38 a.m. Court is in recess.

10:54 a.m. Court reconvenes. Jury is not present. 10:56 a.m. Jury is present. Examination of Jorge Chamorro continues. Exhibit 112 is admitted. Juror questions are addressed. Witness is excused, subject to recall. Christopher Quirk is sworn and examined. Exhibits 14, 15 and 16 are admitted. 11:58 a.m. Jury exits the courtroom. Discussion held re: schedule. 12:00 p.m. Court is in recess.

1:17 p.m. Court reconvenes. Jury is not present. 1:20 p.m. Jury is present. Examination of Christopher Quick continues. Juror questions are addressed. Witness is excused. James Townsend is sworn and examined. Exhibits 8, 9, 10 and 109 are admitted. Juror questions are addressed. Witness is excused. Government rests. 2:45 p.m. Jury exits the courtroom. Discussion held re: exhibits and witnesses. Defendant's Rule 29 oral motion for directed verdict is argued to the Court. For reasons as stated on the record, **IT IS ORDERED** denying Defendant's Rule 29 motion for directed verdict. 2:59 p.m. Court is in recess.

3:16 p.m. Court reconvenes. Jury is not present. Discussion held re: witnesses. 3:18 p.m. Jury is present. **Defendant's case:** Cynthia Garcia is sworn and examined. Stipulated exhibit 117 is admitted. Witness is excused. Defense rests. Government's Rebuttal witness, Daniel Pryor, sworn and examined. Exhibit 23 is admitted. Witness is excused. 3:55 p.m. Jury exits the courtroom. Discussion held re: final jury instructions. 3:56 p.m. Court is in recess.

4:20 p.m. Court reconvenes. Jury is not present. Discussion held re: final jury instructions and schedule.

4:38 p.m. Court stands at recess until 8:45 a.m., 2/26/2026.

**USA v.** Luis Donaldo Garcia Lopez

**Date:** February 25, 2026

**Case Number:** CR-25-00339-001-PHX-JJT

Page 2 of 2

**Court Reporter** Scott Coniam
**Deputy Clerk** Julie Martinez

**Start:** 8:45 AM
**Stop:** 4:38 PM
**TOTAL:**
**5 hrs 6 mins**