CRIMINAL MINUTES
IN THE UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA – PHOENIX

| | |
|---|---|
| **U.S. District Judge:** John J. Tuchi | **Date:** February 26, 2026 |
| **USA v. Luis Donaldo Garcia Lopez** | **Case Number:** CR-25-00339-001-PHX-JJT |

**Assistant U.S. Attorney:** Vanessa Kubota and Joseph Koehler with Special Agent Lowell Farley
**Attorney for Defendant:** Michael Ryan and Laura Sandoval-Green, AFPD
**Interpreter:** Beatriz Bogard and Isabel Fierros
**Defendant:**  ☒ Present   ☐ Not Present   ☐ Released   ☒ Custody

## JURY TRIAL (DAY 3):

9:12 a.m. Court reconvenes Jury is not present. 9:14 a.m. Jury is present. Final jury instructions read. Closing arguments. Bailiff is sworn to take charge of the jury. Jurors 2 and 6 are selected as the alternates. 10:14 a.m. Jury exits the courtroom to begin deliberations. Discussion held re: attorney contact information and schedule. Defendant renews motion for Rule 29 and the Court takes it under advisement. 10:16 a.m. Court is in recess.

10:20 a.m. The jury has been excused for the morning break and will return at approximately 10:35 a.m. to begin deliberations.

10:33 a.m. The jury has returned from the morning break and begins deliberations.

11:32 a.m. The Court has been advised that the jury has reached a verdict. Counsel is notified.

11:53 a.m. Court reconvenes. 11:55 a.m. Jury is present. Verdict is read. Defendant found guilty as to Count 1 of the Superseding Indictment. The Court advises the Jury the admonition has been lifted and that they are excused from their jury service. 11:59 a.m. Jury exits the courtroom. **IT IS ORDERED** denying Defendant's renewed motion for Rule 29. **IT IS FURTHER ORDERED** Sentencing set for 5/21/2026 at 10:00 a.m. **IT IS FURTHER ORDERED** defendant remains detained until Sentencing. **IT IS FURTHER ORDERED** directing the U.S. Probation Department to prepare a Presentence Investigation Report.

12:02 p.m. Court is adjourned.

**Court Reporter** Scott Coniam                                              **Start:** 9:12 AM
**Deputy Clerk** Julie Martinez                                              **Stop:** 12:02 PM
                                                                             **TOTAL:**
                                                                             **1 hrs 13 mins**