**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**
**(RELEASE ORDER)**

**TO: UNITED STATES MARSHAL**                                    **DATE: 5/21/2026**

**RE: USA v.  Luis Donaldo Garcia Lopez                        USM# 62532-511**
            **CR-25-00339-PHX-JJT**

**THE UNITED STATES MARSHAL IS AUTHORIZED TO RELEASE THE ABOVE-NAMED DEFENDANT FROM CUSTODY PURSUANT TO THE COURT'S ORDER MADE IN OPEN COURT THIS DATE.**

      **X**      **Time Served (Judgment to follow)**

            **Probation (Judgment to follow)**

            **Supervised Release Petition Dismissed (Minutes Docketed)**

            **Released on Conditions (Order to follow)**

**ADDITIONAL INSTRUCTIONS:**

            **DEBRA LUCAS**
            **District Court Executive/Clerk of Court**

**By:**                     
            **Julie Martinez**
            **Courtroom Deputy**

(cc: Emailed to USM by CD)