JON M. SANDS
Federal Public Defender
LAURA LYNN SANDOVAL-GREEN
CA Bar No. 337692
Assistant Federal Public Defender
250 North 7th Avenue, Suite 600
Phoenix, Arizona 85007
(602) 382-2700
Lauralynn_sandoval@fd.org
Attorney for Defendant

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

| United States of America, | CR-25-00339-PHX-JJT |
|---|---|
| Plaintiff, | **NOTICE OF APPEAL** |
| vs. | |
| Luis Donaldo Garcia Lopez, | |
| Defendant. | |

Notice is hereby given that Defendant, Luis Donaldo Garcia Lopez, appeals to the United States Court of Appeals for the Ninth Circuit from the judgment entered on May 21, 2026 (Dkt. #148).

Respectfully submitted:          June 4, 2026.

JON M. SANDS
Federal Public Defender

*s/Laura Lynn Sandoval-Green*
LAURA LYNN SANDOVAL-GREEN
Assistant Federal Public Defender
*Attorney for Defendant*