JON M. SANDS
Federal Public Defender
KEITH J. HILZENDEGER #023685
Assistant Federal Public Defender
250 North 7th Avenue, Suite 600
Phoenix, Arizona 85007
(602) 382-2700   voice
keith_hilzendeger@fd.org
*Attorney for Defendant*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No.  25-CR-00339-JJT |
| Plaintiff, | |
| vs. | **NOTICE OF APPEARANCE** |
| Luis Donaldo Garcia Lopez, | |
| Defendant. | |

Keith J. Hilzendeger, Assistant Federal Public Defender, hereby gives

Notice of Appearance on behalf of defendant Luis Donaldo Garcia Lopez for

representation in 25-CR-00339-JJT in all proceedings before this Honorable Court.

Respectfully submitted:                June 9, 2026.

JON M. SANDS
Federal Public Defender

*s/Keith J. Hilzendeger*
KEITH J. HILZENDEGER
Assistant Federal Public Defender
*Attorney for Defendant*